# United States Bankruptcy Court

For The
Eastern District of North Carolina Greenville Division

GRADY J WHITAKER  
1067 POND DR.  
JAMESVILLE, NC 27846

Case No.: 11-08545-8-JNC  
SS #1: XXX-XX-4339

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 11 | 08 | 11 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 01 | 31 | 12 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 09 | 23 | 15 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $   40,500.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GRADY J WHITAKER | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMI | ESC | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | NCREV | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| WILMINGTON TRUST, NATIONA | 800 | Secured | 1,278.80 | 1,278.80 | 0.00 | 0.00 |
| WILMINGTON TRUST, NATIONA | 801 | Secured | 4,324.34 | 4,324.34 | 0.00 | 0.00 |
| WILMINGTON TRUST, NATIONA | 802 | Secured | 27,920.51 | 27,920.51 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVIC | 009 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| STEPHANIE WHITAKER | 010 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC BANKRUPTCY REPORTING C | 011 | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| AFNI, INC. | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CREDIT PROTECTION ASSOCIA | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ENHANCED RECOVERY CORP. | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLD KEY CREDIT, INC. | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BEAUFORT COUNTY HOSPITAL | 016 | Unsecured | 360.00 | 133.94 | 0.00 | 226.06 |
| NORTH AMERICAN CREDIT SER | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SCA COLLECTIONS | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TEK COLLECT, INC. | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND FUNDING LLC | 020 | Unsecured | 1,097.63 | 408.39 | 0.00 | 689.24 |
| SHAPIRO & INGLE, LLP | 021 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING | 022 | Unsecured | 85.10 | 31.69 | 0.00 | 53.41 |
| MARTIN GENERAL | 023 | Unsecured | 4,250.00 | 1,579.51 | 0.00 | 2,670.49 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

GRADY J WHITAKER  
1067 POND DR.  
JAMESVILLE, NC 27846

Case No.: 11-08545-8-JNC  
SS #1: XXX-XX-4339

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 11 | 08 | 11 | The Plan was confirmed on | 01 | 31 | 12 | The Case was concluded on | 09 | 23 | 15 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $   40,500.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GRADY J WHITAKER | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 33,523.65 | 0.00 | 5,792.73 | 0.00 | 0.00 | 39,316.38 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 33,523.65 | 0.00 | 2,153.53 | 0.00 | 0.00 | 35,677.18 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,677.18 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

DEBTOR'S ATTORNEY         FEE ALLOWED        FEE PAID  
ALLEN C. BROWN             3,000.00           2,850.00

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 986.45 | 986.37 | 0.00 | 1,972.82 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  01/20/2016                Richard M. Stearns  
                                  1015 Conference Dr.  
                                  Greenville, NC  27858